# FFBRUARY 3, 1943

TOMMIE ATWOOD V. THE STATE.

No. 22381. Delivered February 3, 1943.

The opinion states the case.

*Sam T. Holt,* of Carthage, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

The driving of an automobile upon a public highway while intoxicated is the offense; the punishment, a fine of $50.00.

No notice of appeal appears to have been given as required by law. A proper notice of appeal is a prerequisite to the jurisdiction of this court.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.